Bret A. Stone  SBN 190161  BStone@PaladinLaw.com
Paladin Law Group® LLP
220 W. Gutierrez Street
Santa Barbara, CA  93101
Telephone: (805) 898-9700
Facsimile:  (805) 852-2495

Counsel for Kerry Bryant and Nancy Bryant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY BRYANT, an individual; and NANCY BRYANT, an individual,<br><br>*Plaintiff*,<br><br>*v.*<br><br>TIMOTHY TAYLOR, an individual; and LYNDA SMITH, an individual,<br><br>*Defendants,* | Case No. 21-cv-02610-MMC<br><br>[PROPOSED] ORDER RE ESTABLISHMENT OF LEADER REMEDIATION TRUST AND DISMISSAL<br><br>26 U.S.C. § 468B<br>26 C.F.R. 1.468B-1 |

ORDER

    The Court finds that the Leader Remediation Trust should be, and hereby is, established as a "Qualified Settlement Fund" or "Designated Settlement Fund" pursuant to section 468B of the Internal Revenue Code, 26 U.S.C. § 468B, and Treasury Regulation Section 1.468B-1 (26 C.F.R. 1.468B-1), and in accordance with the terms and conditions of the Declaration of Trust for the Leader Remediation Trust, attached hereto as Exhibit A and incorporated by reference as though fully set forth herein.

    The Court retains jurisdiction over the Leader Remediation Trust until site closure is obtained or until the Trust Funds are exhausted.

/ / /

/ / /

/ / /

/ / /



ORDER RE ESTABLISHMENT OF LEADER REMEDIATION TRUST

The complaint is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED.

Dated: May 11   2021

*[signature]*
United States District Judge



ORDER RE ESTABLISHMENT OF LEADER REMEDIATION TRUST